# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                             Case No:   6:18-cv-283-Orl-22GJK

**RANDOLPH HEMMERLE,**

       **Defendant.**

---

### ORDER

This cause is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. No. 14) filed on May 31, 2018.

The United States Magistrate Judge has submitted a report recommending that Defendant's Answer be stricken and a default entered against the Defendant.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 31, 2018 (Doc. No. 14), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Answer (Doc. No. 7) is hereby STRICKEN.

3. The Clerk is directed to enter a DEFAULT against the Defendant.

4. Plaintiff is directed to file a Motion for Default Judgment within 60 days of the date of this Order.

5. Plaintiff's Motion for Leave to File a Unilateral Case Management Report (Doc. No. 11) is DENIED as moot.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2018.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Randolph Hemmerle, by U.S. Mail and e-mail